# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CIVIL ACTION NO. |
| $365,600.00 FROM INVESTAR | |
| BANK ACCOUNT NO. 4004089462 | |
| IN THE NAME OF ALBRITTON HOME | 21-42-JWD-EWD |
| CONSTRUCTION GROUP, INC. | |

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Reports dated February 25, 2022, (Doc.43), to which an objection (Doc. 44) was filed and considered;

Because Hebert cannot act on behalf of Albritton and he has not established prudential standing to personally contest the forfeiture, **IT IS ORDERED** that the USA's Motion to Strike the Claims and Answer of Richard Hebert, Jr., (Doc. 41) is **GRANTED**, and the Claim and Answer, filed by Hebert are **STRICKEN WITHOUT PREJUDICE** to the extent they were filed on behalf of Albritton Home Construction Group, Inc., because Hebert is not an attorney who can assert claims on Albritton's behalf; and are **STRICKEN WITH PREJUDICE,** to the extent they were filed by Hebert personally, as he has no cause of action to contest forfeiture.

**IT IS FURTHER ORDERED** that the Motion to Dismiss the USA's Complaint (Doc. 7)**,** filed by Richard Hebert, Jr., is **DISMISSED WITH PREJUDICE** because Hebert does not have standing to contest forfeiture.

Signed in Baton Rouge, Louisiana, on March 15, 2022.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**