UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

IN RE:

| | |
|---|---|
| $365,600.00 FROM INVESTAR BANK      : | |
| ACCOUNT NO. 4004089462                      : | CIVIL ACTION NO. 21-42-JWD-EWD |
| IN THE NAME OF ALBRITTON HOME    : | |
| CONSTRUCTION GROUP, INC.               : | |

**DEFAULT JUDGMENT AND ORDER OF FORFEITURE
AGAINST THE DEFENDANT PROPERTY**

This matter comes before the Court upon the United States' Moton for Entry of Default Judgment and Order of Forfeiture, as well as the Memorandum submitted in support of it. The Court has carefully reviewed the history of this case, which is a civil forfeiture action *in rem* against the defendant property which constitutes and is traceable to proceeds and receipts obtained from a scheme to submit a fraudulent Payment Protection Program application to Investar Bank.

On January 18, 2021, the plaintiff commenced this civil forfeiture action against the defendant property by filing a Verified Complaint for Forfeiture *In Rem*, alleging that the defendant property should be forfeited to the United States of America pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 981(a)(1)(D). R.Doc. 1.

Pursuant to Rule G(4)(b) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure ("Supplemental Rules"), the plaintiff gave direct notice of this action to the known potential claimants, informing them of the forfeiture action and advising them that verified claims needed to be filed within thirty-five (35) days of the date of such notice.

The plaintiff also provided notification of this civil forfeiture action by publication pursuant to Supplemental Rule G(4)(a)(iv). On March 20, 2021, the government commenced notification of this forfeiture action on an official forfeiture internet site, http://www.forfeiture.gov, for 30 consecutive days, until April 18, 2021.

On March 26, 2021, Richard Hebert, Jr., filed a claim and supposed answer on behalf of Albritton Home Construction Group, Inc., and subsequently filed a memorandum in support of answer. On January 25, 2022, the United States filed a motion to strike Mr. Hebert's claim and answer and, on March 15, 2022, the Court granted the government's motion, striking his claim and answer.

On April 26, 2021, Investar Bank filed a claim but subsequently filed a Voluntary Motion to Dismiss Verified Claim, which motion was granted by the Court on November 17, 2021.

On July 2, 2021, Gulf Coast Bank filed a claim but later filed a Motion for Voluntary Dismissal of their Claim, which motion was granted on October 6, 2021.

On July 2, 2021, Gulf Coast Bank & Trust Company filed a claim but subsequently filed a Motion to Dismiss their Claim, which motion was granted on December 29, 2021.

No other person or entity filed a timely claim or answer. There were no remaining claims for this Court to consider and the time to file such a claim or answer expired. This resulted in the entry of default by the Clerk of Court on May 25, 2022. Thus, the United States is entitled to a default judgment, pursuant to Fed. R. Civ. P. 55(b)(2), and an order of forfeiture against the defendant property.

Based on the Government's allegations in its Verified Complaint for Forfeiture *In Rem*, the Court finds that the defendant property was property constituting proceeds traceable to a violation of bank fraud, in violation of 18 U.S.C. § 1344, and was property which was traceable to the gross

receipts obtained, directly or indirectly from a violation of wire fraud, in violation of 18 U.S.C. § 1343.  As such, the defendant property is subject to forfeiture to the United States pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 981(a)(1)(D).  The Court finds that the Verified Complaint for Forfeiture *In Rem* states a factual and legal basis for forfeiture.   No response, answer, or defenses remain interposed and no opposition remains to the Plaintiff's Motion for Entry of a Default Judgment and for Order of Forfeiture.

**IT IS ORDERED** that a default judgment is entered against the interests of potential claimants Albritton Home Construction Group, Inc., Richard Hebert, and any and all unknown possible claimants to the defendant property, the $365,600.00 from Investar Bank Account Number 4004089462 in the name of Albritton Home Construction Group, Inc.

**IT IS FURTHER ORDERED** that the defendant property, the $365,600.00 from Investar Bank Account Number 4004089462 in the name of Albritton Home Construction Group, Inc., is forfeited to the United States of America, and that title to the defendant property, the $365,600.00 from Investar Bank Account Number 4004089462 in the name of Albritton Home Construction Group, Inc., is vested in the United States of America, to be disposed of in accordance with law, and that no right, title, or interest in the defendant property, the $365,600.00 from Investar Bank Account Number 4004089462 in the name of Albritton Home Construction Group, Inc., shall exist in any other person or entity.

**IT IS FURTHER ORDERED** that the Clerk of the Court may close this matter as to the defendant property.

Signed in Baton Rouge, Louisiana, on <u>October 19, 2022</u>.

_____
**JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**